JANET L. CHUBB, ESQ.
Nevada State Bar No. 000176
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone:  775-786-5000
Fax:  775-786-1177
Email:  jlc@jonesvargas.com
   and   tbw@jonesvargas.com

Attorneys for First Independent Bank
Of Nevada

<div style="text-align:center;">

Electronically Filed on
July 11, 2008

</div>

**UNITED STATES  BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | Case No.  BK-N-08-51131-GWZ |
|---|---|
| CETUS MORTGAGE, LTD. | Chapter    11 |
|            Debtor. | **REQUEST FOR SPECIAL NOTICE** |
|  | Hearing Date:       n/a |
|  | Hearing Time:       n/a |

TO:     ALL INTERESTED PARTIES

JONES VARGAS, attorneys for First Independent Bank of Nevada, a creditor in the above-referenced bankruptcy, hereby requests notice of all pleadings, papers, hearings, meetings and other matters in connection with the above-captioned case.

Notices pursuant to this request are to be sent to the following address:

Janet L. Chubb, Esq.
JONES VARGAS
100 West Liberty Street, 12th Floor
Reno, NV 89504-0281
Telephone: (775) 786-5000
Fax: (775) 786-1177
E-mail: jlc@jonesvargas.com
            tbw@jonesvargas.com

Neither this request for notice, nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion or any other writing or conduct, shall constitute a waiver by of the following rights:

1.      Right to have any final orders in any non-core matters entered only after de novo review by a United States Judge;

<div style="text-align:left; font-size:small;">

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

</div>

1    2.    Right to trial by jury in any proceeding in which this right exists, whether the right

2    be designated legal or private, whether the right is asserted in any related case, controversy or

3    proceeding, notwithstanding the designation *vel non* of the proceeding as "core" under Section

4    157(b)(2)(H) of the United States Bankruptcy Code, and whether the right is asserted under statute

5    or the United States Constitution;

6    3.    Right to have the United States District Court withdraw the reference of this matter

7    in any proceeding subject to mandatory or discretionary withdrawal; or,

8    4.    Other rights, claims, actions, defenses, setoffs, recoupments or other matters to

9    which this party is entitle under any agreements, at law or in equity, or under the United States

10   Constitution.

11   First Independent Bank of Nevada expressly reserves all of the rights listed above.

12   Filing this request for notice or participating in this bankruptcy proceeding shall not be

13   deemed to constitute a concession or admission of jurisdiction in this case or before this Court.

14   DATED this 11th day of July, 2008.

15                                   JONES VARGAS

16

17                                   By:    //s// Janet L. Chubb
                                            JANET L. CHUBB, ESQ.
18

19

20

21

22

23

24

25

26

27

28

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

2

**CERTIFICATE OF SERVICE**

1.      On July 11, 2008, I served the following document(s):

**REQUEST FOR SPECIAL NOTICE**

2.      I served the above-named document(s) by the following means to the persons as listed below:

X    a.    **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

Alan R. Smith, mail@asmithlaw.com; turk@asmithlaw.com; marsh@asmithlaw.com; darby@asmithlaw.com

U.S. Trustee – RN – 11, USTPRegion17.RE.ECF@usdoj.gov

☐    b.    **United States mail, postage fully prepaid** (list persons and addresses):

☐    c.    **Personal Service** (list persons and addresses):
I personally delivered the document(s) to the persons at these addresses:

☐      For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐      For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    d.    **By direct email (as opposed to through the ECF System**) (list persons and email addresses):

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    e.    **By fax transmission** (list persons and fax numbers):

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

☐    f.    **By messenger**:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed blow and providing them to a messenger for service.  (A declaration by the messenger must be attached to this Certificate of Service).

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

3

1

2          **I declare under penalty of perjury that the foregoing is true and correct.**

3          DATED this 11th day of July, 2008.

4

      _____J. Englehart_____          _____//s// J. Englehart_____
5     Name                                        Signature

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Jones Vargas
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

4