gr

RICHARD G. HILL, ESQ.  
State Bar No. 596  
LAREE L. BECK, ESQ.  
State Bar No. 9757  
RICHARD G. HILL, CHARTERED  
652 Forest Street  
Reno, Nevada 89509  
(775) 348-0888  
Attorneys for Creditors  
Kelly Rae and Pamela Haberman

Electronically filed July 17, 2008

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

IN RE ) CASE NO. BK-N-08-51131-GWZ  
) (CHAPTER 11)  
CETUS MORTGAGE, LTD., )  
a Nevada corporation, )  
)  
        Debtor. ) DATE: N/A  
_____) TIME: N/A

### REQUEST FOR NOTICE AND PLEADINGS

TO:    CLERK, UNITED STATES BANKRUPTCY COURT; and

TO:    ALAN R. SMITH, ESQ., attorney for debtor.

REQUEST IS HEREBY MADE that all further notices and pleadings, including all plans of reorganization and disclosure statements, in the above entitled matter and in all adversary proceedings be sent to the following:

    RICHARD G. HILL, ESQ.  
    Post Office Box 2551  
    Reno, Nevada 89505.

DATED this 17th day of July, 2008.

RICHARD G. HILL, CHARTERED

_____  
RICHARD G. HILL, ESQ.  
Post Office Box 2551  
Reno, Nevada 89505

LAW OFFICE  
RICHARD G. HILL  
Post Office Box 2551  
Reno, Nevada 89505  
(775) 348-0888  
Fax (775) 348-0858

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of RICHARD G. HILL, CHARTERED, and that on the ____17th____ day of July. 2008, in addition to the electronic notification, I deposited in the United States mails at Reno, Nevada, true and correct copies of the foregoing Request for Special Notice and Pleadings, for delivery to the offices of:

United States Trustee
300 Booth Street, Suite 2129
Reno, Nevada 89509

Alan R. Smith, Esq.
505 Ridge Street
Reno, Nevada 89501

_/s/ Jaleiela Reccell_

LAW OFFICE
RICHARD G. HILL
Post Office Box 2551
Reno, Nevada 89505
(775) 348-0888
Fax (775) 348-0858