1  THE O'MARA LAW FIRM, P.C.
   WILLIAM M. O'MARA, ESQ.
2  Nevada Bar No. 00837
   BRIAN O. O'MARA, ESQ.
3  Nevada Bar No. 8214
   DAVID C. O'MARA, ESQ.
4  Nevada Bar No. 8599
   311 East Liberty Street
5  Reno, Nevada 89501
   Telephone:    775-323-1321
6  775-323-4082 (fax)

7  Attorneys for Creditors,
   HERBERT AND MARY CHANDLER,
8  individually and as Trustees of
   THE CHANDLER FAMILY TRUST

9
10
11                IN THE UNITED STATES BANKRUPTCY COURT
12                      FOR THE DISTRICT OF NEVADA
13                              *     *     *
14  IN RE:                          )
                                    )  Case No. BK-N-08-51131-GWZ
15  CETUS MORTGAGE, LTD.,           )
                                    )  Chapter 11
16               Debtor.,           )
                                    )
17               Defendant(s).      )
                                    )
18
19        **REQUEST FOR SPECIAL NOTICE AND INCLUSION IN MAILING LIST**

20        Notice is hereby given that William M. O'Mara of The O'Mara Law Firm, P.C., makes his

21  appearance in the above-captioned matter as counsel for Herbert Chandler and Mary Chandler,

22  individually and as Trustees of THE CHANDLER FAMILY TRUST, and requests special notice of

23  all pleadings, motions, applications, and other documents and papers pertaining to the above-

24  captioned case, or any adversary proceeding, contested or uncontested matter therein, including all

25  notices required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local

26  Bankruptcy Rules, or any other rule or law to be noticed and served upon creditors, any creditors'

27  committee, the debtor or other parties in interest.

28

1  Creditors request that all such pleadings, notices and other papers or communications be
2  directed to their counsel, as follows:

        William M. O'Mara
        The O'Mara Law Firm, P.C.
        311 E. Liberty Street
        Reno, Nevada  89501
        Telephone: (775) 323-1321
        Facsimile: (775) 323-4082

7  Creditors also request that the above address be included in the mailing list that the debtor is
8  required to maintain and promptly furnish under LR 2002.

9  This request includes all types of notice referred to in the Federal Rules of Bankruptcy
10 Procedure and also includes, without limitation, the request that counsel for Creditors, as set forth
11 above, be served with copies of all papers filed with the bankruptcy court, all reports and statements
12 submitted to the office of the United States trustee, and all notices, orders, applications, plans,
13 disclosure statements, complaints, demands, motions, petitions, pleadings and requests or any other
14 papers brought before the court in this case, whether formal or informal, written or oral, or whether
15 transmitted or conveyed by mail, delivery, telephone, telegraph, e-mail, telecopier or otherwise.

16 DATED:  July 22, 2008                              THE O'MARA LAW FIRM, P.C.
                                                WILLIAM M. O'MARA, ESQ.
17                                                 BRIAN O. O'MARA, ESQ.
                                                DAVID C. O'MARA, ESQ.

                                                /s/  William M. O'Mara
                                                WILLIAM M. O'MARA

                                                311 East Liberty Street
                                                Reno, Nevada 89501
                                                Telephone:     775-323-1321
                                                Facsimile:     775-323-4082

                                                Attorneys for HERBERT and MARY
                                                CHANDLER, individually and as Trustees of
                                                THE CHANDLER FAMILY TRUST