RECEIVED AND FILED
2008 JUL 28 PM 2:18
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

1
2 Name _____
3 Address _____
4 _____
5 _____
6 Phone #            Bar Code #
7
8 UNITED STATES BANKRUPTCY COURT
  DISTRICT OF NEVADA
9
10 IN RE                                    BK 08-51131-gwz
11 Cetus Mortgage, Ltd.                     CHAPTER 11
12                   Debtor.
13 _____/
14              **REQUEST FOR SPECIAL NOTICE**
15 TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTES OF INTEREST.
16
17    I request that all notices given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address and telephone number:
18
   (Please print)
19
20      Nancy Moss Ghusn
21      785 Twin Pines Ct.
22      Reno, NV    87509
23      _____
24 DATED: July 28, 2008
25
26                        _____
                                Signature
27
28

word/forms/Intake/ReqSpNtc                               12/03