1   Ray Piazza
    Name
2   2306 MANZANITA LANE
    Address
3   RENO NV 89505

4

5   775-233-1410
    Phone #            Bar Code #

6

7

8                UNITED STATES BANKRUPTCY COURT
                      DISTRICT OF NEVADA
9

10  IN RE CETUS MORTGAGE           BK 08-51131

11                                 CHAPTER 11

12                      Debtor.

13

14              REQUEST FOR SPECIAL NOTICE

15  TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF
    RECORD, THE TRUSTEE, AND TO ALL PARTES OF INTEREST.
16
         I request that all notices given in this case and all papers served or required to be served in
17  this case be given to and served upon the undersigned at the following address and telephone
    number:
18
    (Please print)
19
                    Ray Piazza
20                  2306 MANZANITA LANE
21                  RENO NV 89509

22

23

24  DATED: 7/28/2008

25

26                                      Ray Piazza
                                        Signature
27

28

    word/forms/Intake/ReqSpNtc                              12/03