**Entered on Docket**
**August 19, 2008**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**

___

JOHN F. MURTHA, ESQ.
**Nevada Bar No. 835**
WOODBURN AND WEDGE
Sierra Plaza
6100 Neil Road, Ste. 500
Post Office Box 2311
Reno, Nevada  89505
Telephone: 775-688-3000
Facsimile : 775-688-3088
jmurtha@woodburnandwedge.com

Attorneys for Trustee
Angelique L.M. Clark

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \*

In re:

CETUS MORTGAGE, LTD.

Debtor

_____/

Case No.  BK-08-51131-GWZ
Chapter    11

**ORDER CONVERTING CHAPTER 11**
**TO CHAPTER 7**

Hearing Date:    August 18, 2008
Hearing Time:    10:00 a.m.

    This matter came before the Court on the Chapter 11 Trustee's Motion to Convert to Chapter 7 Pursuant to 11 USC §1112(b) filed herein on August 8, 2008 (Docket No. 83) ("Motion"); the Court previously having entered an Order Shortening Time for hearing

on the Motion (Docket No. 90); it appearing from the record that notice of the hearing was provided as required by the Order Shortening Time and applicable law; it further appearing from the record that no oppositions were filed to the Motion; appearances were made at the hearing by John F. Murtha, Esq. on behalf of the Trustee and by William B. Cossitt, Esq. with the Office of the United States Trustee; and GOOD CAUSE APPEARING:

IT IS HEREBY ORDERED that Motion is GRANTED and that this Chapter 11 case shall be, and hereby is, converted to proceedings under Chapter 7.

# ##

Approved / Disapproved

_____
William B. Cossitt, Esq.
Office of the United States Trustee

2