LAW OFFICES
McCALLA RAYMER, LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
ROSWELL, GEORGIA  30076-2102
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

September 11, 2008

Clerk, United States Bankruptcy Court
300 Booth St.
Room 1109
Reno, NV  89509

## REQUEST FOR SERVICE OF NOTICES

| | | | |
|---|---|---|---|
| RE: | Debtor(s) | : | Cetus Mortgage, Ltd |
| | Case Number | : | 08-51131 |
| | Chapter | : | 7 |
| | Secured Creditor | : | Wells Fargo Bank, N.A. |
| | Loan Number | : | XXXXXX5314 |

Dear Sir / Madam:

   Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

   Wells Fargo Bank, N.A.
   c/o McCALLA RAYMER, LLC
   Bankruptcy Department
   1544 Old Alabama Road
   Roswell, Georgia  30076

   Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

   We appreciate your courtesy in this matter.  If you have any questions, please do not hesitate to call me.

Very Truly Yours,

/s/ John D. Schlotter

John D. Schlotter, Esquire

cc: Angelique L. M. Clark
    Alan R Smith, Esq.

File Number WELLSB-08-29921 /
Request for Service of Notice