# REQUEST FOR SPECIAL NOTICE

RECEIVED & FILED

'03 SEP 17 A9:35

September 17, 2008

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT
Northern District of Nevada

**RE: Cetus Mortgage Ltd., Case # 08-51131**

I, Regina Mormando, am a creditor in the Bankruptcy Case of Cetus Mortgage Ltd.; case # 08-51131. I request that all notices pertaining to this case be mailed to me at the following address:

**Regina Mormando**
**4755 Pinesprings Drive**
**Reno, NV 89509**

Thank-you very much,

*Regina Mormando*
Regina Mormando