1  William D. Cope, Esq.,
   Nevada Bar #1711
2  **WILLIAM D. COPE, LLP**
   595 Humboldt Street
3  Reno, NV  89509-1603
   (702) 333-0838
4  (702) 333-6694 (fax)

5

6
                    UNITED STATES BANKRUPTCY COURT
7
                         DISTRICT OF NEVADA
8
   IN RE:                              CASE NO.  BK-N-08-51131-GWZ
9                                      CHAPTER 7
   CETUS MORTGAGE,
10
            Debtor.
11
   _____/
12

13                 **REQUEST FOR SPECIAL NOTICE**

14      PLEASE TAKE NOTICE that William D. Cope, Esq., of the law offices of William D.

15  Cope, LLP, hereby requests that copies of all notices, pleadings, orders, and other documents

16  that the Debtor is required to send to creditors under the provisions of the Rules of Bankruptcy

17  Procedure and Title 11, United States Code be sent to:

18                          William D. Cope, Esq.
                           WILLIAM D. COPE, LLP
19                          595 Humboldt Street
                         Reno, Nevada  89509-1603
20

21  DATED this 23rd day of September, 2008.

22                                      WILLIAM D. COPE, LLP

23

24                                      By: _____
                                            William D. Cope, Esq.
25

26

27

28