RECEIVED AND FILED
2008 SEP 22 AM 10: 53
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

# REQUEST FOR SPECIAL NOTICE

September 17, 2008

UNITED STATES BANKRUPTCY COURT
Northern District of Nevada

### RE: Cetus Mortgage Ltd., Case # 08-51131

I, Darrell Mormando, am the Trustee for Neverland Corporation Defined Benefit Pension Plan. Neverland Corporation Defined Benefit Pension Plan is a creditor in the Bankruptcy Case of Cetus Mortgage Ltd.; case # 08-51131. I request that all notices pertaining to this case be mailed to me at the following address:

**Darrell Mormando-Trustee**
**Neverland Corporation Defined Benefit Pension Plan**
**4959 Talbot Lane #264**
**Reno, NV 89509**

Thank-you very much,

*[signature]*

Darrell Mormando - Trustee