RECEIVED AND FILED

2008 OCT 21  PM 12: 52

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

IN RE                                                BK

                                                CHAPTER

                        Debtor.
*CETUS - 08 - 51131      1*

## REQUEST FOR SPECIAL NOTICE

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTES OF INTEREST.

I request that all notices given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address and telephone number:

(Please print)

JOAN S. ZENAN
5273 TERRACE HEIGHTS CT.
RENO, NV  89523 - 1829
775 - 747 - 5619

DATED: ___10/21/08___

_____
                Signature

word/forms/Intake/ReqSpNtc                        12/03