RECEIVED AND FILED
2008 OCT 22 AM 9:41
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

IN RE

BK

CHAPTER

Debtor. CETUS MORTGAGE  08-51131

**REQUEST FOR SPECIAL NOTICE**

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTES OF INTEREST.

I request that all notices given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address and telephone number:

(Please print)

UHALDIE FAMILY TRUST
Harriet UHALDIE - TRUSTEE
1975 PALISADE DR
RENO, NV 89509

DATED: 10/21/08

_____
Signature

word/forms/Intake/ReqSpNtc    12/03