1  **Name:** CHARLES SLAVIN
2  **Address:** 1801 HEITMAN CT
3  RENO, NV
4  89509
5  **Phone #:** 775-348-2662    **Bar Code #:**

RECEIVED AND FILED
2009 JUN -8 PM 2:47
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

IN RE

CETUS MORTGAGE

Debtor.

BK 08-51131

CHAPTER 7

LOAN # 2006-143
PROPERTY ADDRESS: 187 CARLETON CT, WASHOE CITY
BORROWER: CAMERON

**REQUEST FOR SPECIAL NOTICE**

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTES OF INTEREST.

I request that all notices given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address and telephone number:

(Please print)

AS ABOVE

DATED: 6/8/09

Signature

word/forms/Intake/ReqSpNtc                    12/03