| | |
|---|---|
| Jeremy T. Bergstrom, Esq. | E-filed on <u>April 23, 2010</u> |

Attorney Bar No. 6904
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV  89052
(702) 369-5960 / FAX (702) 369-4955
File No. 10-91023

Attorneys for Secured Creditor
BANK OF AMERICA, N.A.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re, | BK No.: BK-N-08-51131-GWZ |
| CETUS MORTGAGE, LTD., | Chapter 7 |
| Debtor(s). | **REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

  PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Secured Creditor, BANK OF AMERICA, N.A., requests that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be given to and served upon the undersigned at the following address and telephone number.

  Jeremy T. Bergstrom, Esq.
  MILES, BAUER, BERGSTROM & WINTERS, LLP
  2200 Paseo Verde Pkwy., Suite 250
  Henderson, NV  89052
  PH (702) 369-5960

           MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated: <u>April 22, 2010</u>  By: <u>/s/ Jeremy T. Bergstrom, Esq.</u>
          Jeremy T. Bergstrom, Esq.
          Attorney for Secured Creditor

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that on   April 23, 2010   , a copy of the **Request for Special Notice** was mailed to all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail, addressed as follows:

DEBTOR:
Cetus Mortgage, LTD.
6121 Lakeside Drive, Suite 210
Reno, NV 89511

CHAPTER 7 TRUSTEE:
Angelique L. M. Clark
P.O. Box 50070
Sparks, NV  89435

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

          /s/ Michelle L. Benson
          An Employee of Miles, Bauer, Bergstrom & Winters, LLP

**(10-91023/rfsnlv.dot/mlb)**