ANGELIQUE LAMBERTI CLARK
P O Box 50026
Sparks, NV  89435
Telephone: (775) 626-7084

TRUSTEE

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **In re:**<br><br>**CETUS MORTGAGE, LTD.**<br><br>**a Nevada Corporation**<br><br><br>**Debtor** | Case No.  BKN-08-51131- GWZ<br>Chapter 7  Bankruptcy<br><br>NOTICE OF HEARING<br><br>RE: TRUSTEE'S OBJECTION TO CLAIMS  FILED BY JAMES AND LAURA HAY<br><br><br>Hearing Date:     June 26, 2018<br>Hearing Time:    2:00 p.m.<br>Court Location:  300 Booth Street<br>                             Reno, NV-Fifth Floor |

  Notice is hereby given that Trustee Lamberti Clark filed an objection to the Proof of Claim(s) filed by JAMES AND LAURA HAY within the above-captioned case. The Trustee is asking the Court to enter an order sustaining her objection to the claim(s) pursuant to 11. U.S.C. §502 (b)(1).

**A copy of the Claim Objection, Exhibit 1,  and
the first page of the Proof of Claim
is being provided with this notice.**

  **NOTICE IS FURTHER  GIVEN** that said hearing will be held on **June 26, 2018 at the hour of  2:00 p.m. at U.S. Bankruptcy Court House, 300 Booth Street, Reno, NV 5th Floor** regarding the claim objection.  The hearing  may be adjourned from time to time without further notice.  Opposition to the Motion should be made in writing, filed with the court, and served on the Trustee Angelique Lamberti Clark no later than fourteen (14) days preceding

the hearing date as per Local Rule 9014 which states:

    (1)    Except as set out in subsection (3) below, any opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An Opposition must be supported by affidavits or declarations that conform to the provisions of subsection ( c ) of this rule.

    (2)    Except as set out in subsection (3) below, any reply memorandum must be filed and served no later than seven (7) days preceding the hearing date.

If you object to the relief requested, you must file a **WRITTEN** response to this pleading with the court. You must also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

* The court may refuse to allow you to speak at the schedule hearing; and
* The court may rule against you without formally calling the matter at the hearing.

Individuals representing themselves are not exempt from this rule.

A complete copy of the objection and exhibits can be view on line at www.nvb.uscourts.gov or by visiting the U.S. Bankruptcy Court, Clerks office, 300 Booth Street, Reno, Nevada.

Dated this 10th day of May, 2018.

                                                     /s/ Angelique Lamberti Clark
                                                   Angelique Lamberti Clark Trustee

Certificate of Mailing

The undersigned Trustee for the District of Nevada hereby certifies under penalty of perjury that a copy of this document was mailed on this date to the Claimant at the last known address on record with the Court or that was provided to the Trustee, and notice by ECF to the U.S. Trustee, Counsel for the Claimant, and all parties requesting notice.

                                                     /s/ Angelique Lamberti Clark
                                                   Angelique Lamberti Clark Trustee