| | |
|---|---|
| Angelique Clark<br>C/O Office of the U.S.Trustee<br>300 Booth Street #3009<br>Reno, Nevada 89509<br><br>           Chapter 7 Trustee | The Honorable:   GREGG ZIVE<br>Chapter 7<br>Location:   Telephonic 669-254-5252 MTG<br>              MTG 160 339 6327<br>              Passcode 825197#<br>Hearing Date: February 21, 2023<br>Hearing Time: 2:00 p.m.<br>Response Date: February16, 2023 |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:   CETUS MORTGAGE, LTD           Case No. 08-51131-GWZ

              Debtor

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Angelique Clark, trustee of the above stated estate, has filed a **Final Report**. The trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    United States Bankruptcy Court
    300 Booth Street - 1st Floor
    Reno, Nevada  89509

    **NOTICE IS HEREBY GIVEN** that a hearing on the Trustee's Final Report and Applications for Compensation ("Final Report") has been scheduled before a United States Bankruptcy Judge by **remote telephonic hearing on February 21, 2023 at the hour of 2:00 p.m.**

    **NOTICE IS FURTHER GIVEN** that any opposition must be filed pursuant to the time limits set forth in Local Rule 9014 for oppositions to a motion.

Local Rule 9014(d) provides as follows:

*[A]ny opposition to a motion must be filed with the Clerk of the court, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition may be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule.*

*If you do object to the relief requested within the Final Report, you must file a WRITTEN response to this paper with the court. You must also serve your written response on the person who sent you this notice. A paper copy of any response should also be delivered to the Clerk's office identified as ""Copy for Chambers"" or some similar designation. If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:*

o The court may refuse to allow you to speak at the scheduled hearing; and
o The court may rule against you without formally calling the matter at the hearing.

**NOTICE IS FINALLY GIVEN** that a copy of the Final Report can be obtained upon emailing a written request to Angelique Clark at:   AClarkttee@hotmail.com., or from the United States Bankruptcy Court Clerk's Office, 300 Booth Street, Reno, Nevada 89509, during the office hours of 9:00 a.m. to 3:30 p.m. weekdays.

Date Mailed: 01/17/2023          By:     /s/ ANGELIQUE CLARK
                                         Trustee

ANGELIQUE CLARK
C/O OFFICE OF THE U.S. TRUSTEE
300 BOOTH STREET  #3009
RENO, NV  89509
e-mail : Aclarkttee@hotmail.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re: CETUS MORTGAGE, LTD               Case No. 08-51131-GWZ
                                         Chapter  7
                          , Debtor

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

|  |  |
|---|---:|
| *The Final Report shows receipts of* | $ 3,091,320.70 |
| *and approved disbursements of* | $ 2,941,075.78 |
| *leaving a balance on hand of* [1] | $ 150,244.92 |
| **Balance on hand:** | $ 150,244.92 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| HOA-CIM-1 | Eugene Burger Management | 396.00 | 396.00 | 396.00 | 0.00 |
| HAMPTON& | Hampton & Hamption Collections | 2,103.00 | 2,103.00 | 2,103.00 | 0.00 |

|  |  |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 150,244.92 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - ANGELIQUE CLARK, TRUSTEE | 115,887.02 | 109,597.88 | 6,289.14 |
| Trustee, Expenses - ANGELIQUE CLARK, TRUSTEE | 5,613.99 | 4,462.66 | 1,151.33 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 7,440.47 |
| Remaining balance: | $ 142,804.45 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $            0.00
Remaining balance:  $     142,804.45

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $707,209.25 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 134 -1 | WASHOE COUNTY TREASURER | 160.84 | 160.84 | 0.00 |
| 689 -1 | DEPT OF EMPLOYMENT TRAINING AND REHAB-ESD | 337.66 | 337.66 | 0.00 |
| BLTK-1 | BLTK | 322,461.41 | 322,461.41 | 0.00 |
| KING-1 | King Construction Loan - Funding Trust | 13,547.30 | 13,547.30 | 0.00 |
| DUNCAN-1 | Duncan, Thomas | 58,686.44 | 58,686.44 | 0.00 |
| PBENVIN-1 | Patrick Benvin | 87,335.69 | 87,335.69 | 0.00 |
| ROBERTS-1 | Roberts, Todd | 62,984.49 | 62,984.49 | 0.00 |
| PORTERMI- | Western Title | 31,736.98 | 31,736.98 | 0.00 |
| RODRIGUE- | Rodriguez, Jimmy | 17,471.34 | 17,471.34 | 0.00 |
| RV&YACHT | RV & Yacht | 112,487.10 | 112,487.10 | 0.00 |

Total to be paid for priority claims:  $            0.00
Remaining balance:  $     142,804.45

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $ 7,201,193.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 -1 | HAZEL M. SIMMONS Deceased | 51,023.34 | 6,238.39 | 890.81 |
| 3 -1 | HAZEL M. SIMMONS Deceased | 51,535.01 | 6,300.95 | 899.74 |
| 4 -1 | HAZEL M. SIMMONS- Deceased | 50,511.67 | 6,175.83 | 881.88 |
| 8 -1 | RAY P. HOGLAND, TRUSTEE | 50,416.67 | 6,164.21 | 880.22 |
| 10 -1 | MUCKEL ANDERSON CPAs | 16,591.10 | 2,028.52 | 289.67 |
| 11 -1 | JAMES W. & PATRICIA J. OBERREUTER | 41,500.00 | 5,074.00 | 724.56 |
| 12 -1 | IRENE L. OBERREUTER | 80,000.00 | 9,781.21 | 1,396.73 |
| 13 -3 | DARLENE LUSTER | 50,000.00 | 6,113.26 | 872.96 |
| 13 -4 | DARLENE LUSTER | 70,000.00 | 8,558.56 | 1,222.14 |
| 14 -1 | RAYMOND PIAZZA RETIREMENT PLAN TRUST | 30,000.00 | 3,667.95 | 523.77 |
| 18 -1 | WILLIAM & ESTERMAE HAINES | 50,000.00 | 6,113.26 | 872.95 |
| 19 -2 | GENE AND PATTI MCCLELLAND | 50,000.00 | 6,113.26 | 872.95 |
| 20 -1 | OPAL A. SMITH, TRUSTEE OF THE | 125,000.00 | 15,283.14 | 2,182.38 |
| 21 -1 | VICTOR ALAN PERRY, LLC | 60,000.00 | 7,335.91 | 1,047.54 |
| 26 -1 | DOM & LAURIE GRAZIANO | 100,000.00 | 12,226.51 | 1,745.90 |
| 35 -1 | THE JEPHSON FAMILY TRUST | 40,000.00 | 4,890.61 | 698.35 |
| 36 -1 | C.W. ISAACSON | 10,000.00 | 1,222.65 | 174.59 |
| 39 -1 | C.W. ISAACSON | 10,000.00 | 1,222.65 | 174.59 |
| 42 -1 | HENRY L. CLARK | 40,000.00 | 4,890.61 | 698.35 |
| 43 -1 | BARBARA BEAL | 60,000.00 | 7,335.91 | 1,047.54 |
| 45 -2 | MCCLELLAND LABS, INC. | 100,000.00 | 12,226.51 | 1,745.90 |
| 55 -1 | CLYDE R. & SHARAN L. BROWN | 50,000.00 | 6,113.26 | 872.95 |
| 67 -1 | BEHRENS FAMILY TRUST | 50,000.00 | 6,113.26 | 872.95 |
| 68 -1 | MICHAEL A. & ROCHELLE K. FERNANDES | 50,000.00 | 6,113.26 | 872.95 |
| 73 -1 | WILLIAM & BARBARA KAUSLER | 50,000.00 | 6,113.26 | 872.95 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 79 -1 | BARBARA J. CAIN | 25,000.00 | 3,056.63 | 436.47 |
| 80 -1 | BARBARA J. CAIN | 10,000.00 | 1,222.65 | 174.59 |
| 81 -1 | DONNA LEE BOWLUS, TRUSTEE | 25,000.00 | 3,056.63 | 436.47 |
| 85 -1 | MICHAEL MOLLENHAUER | 40,000.00 | 4,890.61 | 698.35 |
| 88 -1 | MICHAEL MOLLENHAUER | 20,000.00 | 2,445.30 | 349.18 |
| 91 -2 | BARBARA SPIERSCH | 25,000.00 | 3,056.63 | 436.47 |
| 93 -1 | General Electric Capital Corp. | 10,061.84 | 1,230.21 | 175.67 |
| 94 -1 | PEGGY & RODGER LAKEY | 74,000.00 | 9,047.62 | 1,291.97 |
| 98 -1 | VERIZON BUSINESS GLOBAL | 254.75 | 0.00 | 35.59 |
| 102 -1 | WILLIAM AND ROSALIE WRIGHT | 160,000.00 | 19,562.42 | 2,793.44 |
| 106 -1 | LISA R. PROCHELLO | 33,533.34 | 0.00 | 4,685.42 |
| 108 -1 | JANET SIMPKINS FAMILY TRUST | 5,218.00 | 637.98 | 91.10 |
| 114 -1 | YVONNE F. RHODES | 30,900.00 | 0.00 | 4,317.48 |
| 118 -1 | MARY KAY WALKER | 30,231.75 | 3,696.29 | 527.81 |
| 119 -1 | E.J. & M.E. YOUNG FAMILY TRUST | 10,000.00 | 1,222.65 | 174.59 |
| 145 -1 | PHILIP AND DONNA GREEN | 50,000.00 | 6,113.26 | 872.95 |
| 152 -1 | DAN COLE | 100,000.00 | 12,226.51 | 1,745.90 |
| 153 -1 | ELAINE S. RUCH | 1,200.00 | 146.72 | 20.95 |
| 162 -1 | THOMAS E. MURPHY III & KAREN MURPHY | 20,000.00 | 2,445.30 | 349.18 |
| 163 -1 | TODD & JULIA SCHLEGEL | 22,300.00 | 2,726.51 | 389.34 |
| 167 -1 | Schuylkill Valley Sporting Goods, Inc. | 151,000.00 | 18,462.04 | 2,636.30 |
| 168 -1 | RANDALL R. & ElLAINE S. RUCH | 82,500.00 | 10,086.87 | 1,440.37 |
| 174 -1 | LANDABURU FAMILY TRUST | 40,000.00 | 4,890.61 | 698.35 |
| 178 -1 | M. TRACY ROBINSON | 11,000.00 | 1,344.92 | 192.05 |
| 180 -1 | LANDABURU FAMILY TRUST | 35,126.39 | 4,294.73 | 613.27 |
| 186 -1 | GINO MOTL | 300,000.00 | 36,679.54 | 5,237.70 |
| 194S-1 | HENRY & ELFRIEDE GUNDLACH | 10,000.00 | 1,222.65 | 174.59 |
| 200 -1 | WARWICK LIVING TRUST | 10,000.00 | 1,222.65 | 174.59 |
| 208 -1 | JUDY HIGGS | 50,000.00 | 6,113.26 | 872.95 |
| 214 -1 | JUDITH HIGGS | 20,000.00 | 2,445.30 | 349.18 |
| 217 -1 | JANICE YVONNE PETERSON | 30,000.00 | 3,667.95 | 523.77 |
| 230 -1 | HAGEN LIVING TRUST | 350,000.00 | 42,792.80 | 6,110.64 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 233 -1 | GERALD T. CONWAY TRUST | 25,000.00 | 3,056.63 | 436.47 |
| 243 -1 | THE ESTATE of VERONICA DORRIE | 200,000.00 | 24,453.03 | 3,491.79 |
| 256S-1 | DIXON ELECTRIC PENSION PLAN TRUST | 100,000.00 | 12,226.51 | 1,745.90 |
| 259S-1 | DIXON ELECTRIC PENSION PLAN TRUST | 40,000.00 | 4,890.61 | 698.35 |
| 262S-1 | DIXON ELECTRIC PENSION PLAN TRUST | 65,000.00 | 7,947.23 | 1,134.84 |
| 263S-1 | GEORGE M. & JANIS DIXON | 68,000.00 | 8,314.03 | 1,187.21 |
| 266S-1 | DIXON ELECTRIC PENSION PLAN TRUST | 139,000.00 | 16,994.86 | 2,426.79 |
| 268S-1 | DIXON ELECTRIC PENSION PLAN TRUST | 75,000.00 | 9,169.89 | 1,309.42 |
| 272S-1 | DIXON ELECTRIC PENSION PLAN TRUST | 139,000.00 | 16,994.86 | 2,426.79 |
| 273S-1 | KELVIN R. LAIRD | 5,000.00 | 611.33 | 87.29 |
| 274S-1 | The Estate of DIALMA M. BLENKINSOP | 60,000.00 | 7,335.91 | 1,047.54 |
| 297 -1 | JESSEE & VICKI WILLIAMS | 40,000.00 | 4,890.61 | 698.35 |
| 298 -1 | MARY ANN GIANNOTTI | 50,000.00 | 6,113.26 | 872.95 |
| 299 -1 | THE ESTATE OF LOIS G. ROBINSON | 15,000.00 | 1,833.98 | 261.88 |
| 325 -1 | PHILIP J. MAITA AND TABITHA MICHELLE MAITA | 100,000.00 | 12,226.51 | 1,745.90 |
| 333 -1 | CAROL R. PORTA REVOCABLE TRUST | 135,000.00 | 16,505.79 | 2,356.97 |
| 337 -1 | MARIA CONNOLLY | 20,000.00 | 2,445.30 | 349.18 |
| 338 -1 | MARIA CONNOLLY | 28,000.00 | 3,423.42 | 488.86 |
| 339 -1 | PATRICK CONNOLLY | 30,000.00 | 3,667.95 | 523.77 |
| 341 -1 | THE ESTATE OF LOIS G. ROBINSON | 13,000.00 | 1,589.45 | 226.96 |
| 342 -1 | MARIA CONNOLLY | 18,000.00 | 2,200.77 | 314.26 |
| 346 -1 | BRUCE LEE BLEDSOE | 150,000.00 | 18,339.77 | 2,618.85 |
| 349 -1 | SIMPKINS FAMILY TRUST | 5,300.00 | 648.01 | 92.53 |
| 352U-1 | SIMPKINS FAMILY TRUST | 5,250.00 | 641.89 | 91.66 |
| 358 -1 | REGINA MORMANDO | 20,000.00 | 2,445.30 | 349.18 |
| 360 -1 | REGINA MORMANDO | 20,000.00 | 2,445.30 | 349.18 |
| 361 -1 | REGINA MORMANDO | 20,000.00 | 2,445.30 | 349.18 |
| 365 -1 | WHITNEY H. LAUREN FAMILY TRUST | 20,000.00 | 2,445.30 | 349.18 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 367 -1 | WHITNEY H. LAUREN FAMILY TRUST | 15,000.00 | 1,833.98 | 261.88 |
| 375 -1 | ROSE MOORE | 25,000.00 | 3,056.63 | 436.47 |
| 376 -1 | DARRELL MORMANDO-Trustee | 20,000.00 | 2,445.30 | 349.18 |
| 378 -1 | DARRELL MORMANDO-Trustee | 40,000.00 | 4,890.61 | 698.35 |
| 393 -1 | DARRELL & STACY DOUTRE | 19,000.00 | 2,323.04 | 331.72 |
| 395 -1 | STACY DOUTRE CUSTODIAN FOR | 10,000.00 | 1,222.65 | 174.59 |
| 397 -1 | STACY DOUTRE CUSTODIAN FOR | 17,000.00 | 2,078.51 | 296.80 |
| 399 -1 | STACY DOUTRE CUSTODIAN FOR | 4,500.00 | 550.19 | 78.57 |
| 407 -1 | JEANNE KEITH | 25,000.00 | 3,056.63 | 436.47 |
| 408 -1 | JEANNE KEITH | 20,000.00 | 2,445.30 | 349.18 |
| 412 -1 | JENNIFER R. HICKOK, CUSTODIAN | 15,000.00 | 1,833.98 | 261.88 |
| 413 -1 | JENNIFER HICKOK | 60,000.00 | 7,335.91 | 1,047.54 |
| 414 -1 | JENNIFER R. HICKOK, CUSTODIAN | 10,000.00 | 1,222.65 | 174.59 |
| 415 -1 | JENNIFER R. HICKOK, CUSTODIAN | 10,000.00 | 1,222.65 | 174.59 |
| 422 -1 | WL STEPHENS FAMILY TRUST AGREEMENT | 25,000.00 | 0.00 | 3,493.10 |
| 424 -1 | SHARON & STEPHEN GIES | 60,000.00 | 7,335.91 | 1,047.54 |
| 425 -1 | SHARON & STEPHEN GIES | 110,000.00 | 13,449.17 | 1,920.48 |
| 434 -1 | GREGORY W. NELSON | 75,000.00 | 9,169.89 | 1,309.42 |
| 439S-1 | ROSASCO FAMILY TRUST | 100,000.00 | 12,226.51 | 1,745.90 |
| 440 -1 | CALVIN H. & JANET DECOURSEY TRUST | 103,000.00 | 12,593.31 | 1,798.27 |
| 446 -1 | MICHAEL A. HALL | 46,317.00 | 5,662.95 | 808.65 |
| 447 -1 | GEORGE C. & TERRY ANNE SCHUMACHER | 10,549.98 | 1,289.89 | 184.20 |
| 450U-1 | GLORIA SHEEHAN | 70,000.00 | 8,558.56 | 1,222.13 |
| 451 -1 | JUDITH HIGGS | 5,000.00 | 611.33 | 87.29 |
| 452 -1 | JUDITH HIGGS | 5,000.00 | 611.33 | 87.29 |
| 453 -1 | JUDY E. HIGGS TR. | 35,000.00 | 4,279.28 | 611.06 |
| 465 -1 | GEORGE C. & TERRY ANNE SCHUMACHER | 52,750.02 | 6,449.49 | 920.96 |
| 472 -1 | ROSALBA TIBADUIZA | 60,000.00 | 7,335.91 | 1,047.54 |
| 474 -1 | THE KRIS NEVIUS REVOCABLE TRUST | 30,000.00 | 3,667.95 | 523.77 |
| 483 -1 | MCCLELLAND LIVING TRUST | 20,000.00 | 2,445.30 | 349.18 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 485 -1 | Kathleen M. Sweeney | 100,000.00 | 12,226.51 | 1,745.90 |
| 487 -1 | SHEEHAN VAN WOERT BIGOTTI ARCHITECTS | 30,000.00 | 3,667.95 | 523.77 |
| 497 -1 | LAVONE BOOTH | 100,000.00 | 12,226.51 | 1,745.90 |
| 498 -1 | TESSA ARNOW GST TRUST #2 | 50,000.00 | 6,113.26 | 872.95 |
| 500 -1 | GEORGE C. & TERRY ANNE SCHUMACHER | 53,300.00 | 6,516.73 | 930.57 |
| 502 -1 | GEORGE C. SCHUMACHER & | 10,418.33 | 1,273.80 | 181.89 |
| 506 -3 | MELARKEY KNOBEL & MULLIGAN PROFIT SHARING PLAN AND | 10,000.00 | 1,222.65 | 174.59 |
| 527 -3 | MELARKEY KNOBEL MULLIGAN PROFIT SHARING PLAN AND T | 10,000.00 | 1,222.65 | 174.59 |
| 529 -3 | DAVID S. MOSS AND STEVEN L. MOSS | 11,140.68 | 1,362.12 | 194.50 |
| 534 -3 | RICHARD SPERO OR LINDA SPERO ITF AARON J. SPERO | 6,189.47 | 756.76 | 108.06 |
| 535 -3 | RICHARD SPERO | 24,756.97 | 3,026.91 | 432.24 |
| 549 -3 | RICHARD A. SPERO OR LINDA SPERO ITF DAVID A. SPERO | 10,481.56 | 1,281.53 | 183.00 |
| 552 -3 | MELARKEY KNOBEL MULLIGAN PROFIT SHARING PLAN AND T | 10,000.00 | 1,222.65 | 174.59 |
| 566 -3 | MELARKEY KNOBEL MULLIGAN PROFIT SHARING PLAN AND T | 10,000.00 | 1,222.65 | 174.59 |
| 575--2 | DEMETRAS and O'NEILL | 60,000.00 | 7,335.91 | 1,047.54 |
| 577 -1 | CARY & ERIN YOUNG | 60,000.00 | 7,335.91 | 1,047.54 |
| 578 -1 | BEVERLY WALLACE | 50,000.00 | 0.00 | 6,986.21 |
| 581 -3 | MELARKEY KNOBEL MULLIGAN PROFIT SHARING PLAN AND T | 20,000.00 | 2,445.30 | 349.18 |
| 589 -3 | MELARKEY KNOBEL MULLIGAN PROFIT SHARING PLAN AND T | 20,000.00 | 2,445.30 | 349.18 |
| 590 -3 | DAVID S. MOSS EDUCATIONAL TRUST | 7,942.85 | 971.13 | 138.68 |
| 591 -4 | DIANA J. MOSS EDUCATIONAL TRUST | 15,884.97 | 1,942.18 | 277.33 |
| 594 -1 | NANCY L. M. GHUSN TRUST | 40,000.00 | 4,890.61 | 698.35 |
| 598 -3 | RICHARD A. SPERO OR LINDA SPERO ITF AARON SPERO | 2,669.12 | 326.34 | 46.60 |
| 599 -3 | RICHARD SPERO | 5,338.25 | 652.68 | 93.20 |
| 600 -3 | MELARKEY KNOBEL MULLIGAN PROFIT SHARING PLAN AND T | 20,000.00 | 2,445.30 | 349.18 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 613 -1 | MICHAEL JOHN PONTRELLI & NORMA JEAN PONTRELLI, TRU | 100,000.00 | 12,226.51 | 1,745.90 |
| 620 -1 | JIM JEFFERS JR. & PATRICIA A. JEFFERS | 30,000.00 | 3,667.95 | 523.77 |
| 625 -1 | CYNTHIA G. DAVIS (2ND AMENDED CYNTHIA G. | 50,000.00 | 6,113.26 | 872.95 |
| 642 -1 | LYNN MINDICINO SEP IRA | 25,000.00 | 3,056.63 | 436.47 |
| 651S-1 | GAYLE ROBINSON | 125,000.00 | 15,283.14 | 2,182.38 |
| 656 -1 | JOHN & KAY OSTERLUND | 100,000.00 | 12,226.51 | 1,745.90 |
| 669 -1 | DEBRA HORTON | 55,000.00 | 6,724.58 | 960.25 |
| 672 -1 | JOHNNIE M. FLESHMAN | 20,000.00 | 2,445.30 | 349.18 |
| 674 -1 | RAJEN N. BHATT | 10,500.00 | 1,283.78 | 183.32 |
| 691 -1 | MICHAEL CAREW, SPRINGVILLE INVESTORS II, LP | 100,000.00 | 12,226.51 | 1,745.90 |
| 692 -2 | ANTOINETTE LUCCHESI | 14,290.00 | 1,747.17 | 249.49 |
| 693 -2 | BARBARA BEAL RICHARDS | 10,710.00 | 1,309.46 | 186.99 |

Total to be paid for timely general unsecured claims: $ 142,804.45
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/ANGELIQUE CLARK
Trustee

ANGELIQUE CLARK
C/O OFFICE OF THE U.S.TRUSTEE
300 BOOTH STREET  #3009
RENO, NV  89509
Aclarkttee@hotmail.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**