1  **Angelique Lamberti Clark**
   **c/o Office of the U.S. Trustee**
2  **300 Booth Street Ste 3009**
   **Reno, Nevada 89436**
3  **775-997-9658**
   **E-Mail:  aclarkttee@hotmail.com**
4
   **Trustee**
5

6                          **UNITED STATES BANKRUPTCY COURT**
                                   **DISTRICT OF NEVADA**
7

8  RE:                                          Chapter 7
                                                Case No.:   08-51131
9  CETUS MORTGAGE, LTD
                                                **APPLICATION  TO DEPOSIT**
10              Debtor                          **UNCLAIMED FUNDS**
   _____/
11

12  TO THE CLERK, U.S. BANKRUPTCY COURT:

13       Please find attached  a check  representing the total amount of unclaimed dividend(s) in

14  the above entitled estate remaining from the First and Second Distributions.  Said sum is paid

15  over to you pursuant to Bankruptcy Rule 3011.  The names(s) and Address(es) of the claimants

16  entitled to said dividends are as follows:

17       Cetus Mortgage was a Real Estate Mortgage Investment company. The estate performed

18  two (2) distributions, the first interim was in compliance with Court's Order ( ECF DKT # 1720)

19  and mailed on June 24, 2020, and the Final Distribution in compliance with Court's Order ( ECF

20  DKT # 1789) wherein the checks were mailed on March 2, 2023.  The Trustee has exhausted all

21  platforms available to located these individuals or family members and therefore pursuant to

22  FRBP are now being deposited into the Court's registry.

23

| Claim No. | Name | Address(es) (mailed to) | 1st Interim Payment | Final Payment | Total |
|---|---|---|---|---|---|
| 39& 36-1 | Clarence W Isaacson | 15 Brookshire Reno, NV 89506 | Negotiated | $ 349.18 | $ 349.18 |

| # | Claim | Name | Address | Amount 1 | Amount 2 | Total |
|---|---|---|---|---|---|---|
| 1 | 578-1 | Beverly Wallace | 341 LAFAYETTE ST., #43 NY, NY 10012 | $6,113.26 | $ 872.95 | $6,986.21 |
| 2 | 442-1 | WL Stephens Family Trust William -Lois Stephens, Tr | 2171 W Williams PMB234 Fallon, NV 89406 | $3,056.63 | $ 436.47 | $3,493.10 |
| 3 | 114-1 | Yvonne F. Rhodes | POB 554 Rosamond CA 93560 | $3,777.99 | $ 539.49 | $4,317.48 |
| 4 | 106-1 | Lisa R. Prochello | 559 Teresita BLVD. San Francisco, CA 94127 | $4,099.96 | $ 585.46 | $4,685.42 |
| 5 | 98-1 | Verizon Business Global C/o Darrell Clark, Esq. | 1150 18th -Ste #800 Washington, DC 20036 | $31.15 | $ 4.44 | $ 35.59 |
| 6 | 691-1 | Old York Development Co c/o Amy Tirre, APC | 3715 Lakeside Dr. Ste A Reno, NV 89509 | Negotiated | $226.97 | $226.97 |
| 7 | 669-1 | Debra Horton | 595 River Bend Dr. Reno, NV 89523 | Negotiated | $960.25 | $960.25 |
| 8 | 200-1 | Warwick Living Trust | 6349 Valley Wood Dr. Reno, NV89523 | Negotiated | $174.59 | $174.59 |
| 9 | 194-1 | Henry & Elfriede Gundlach | 1485 Kings Row Reno, Nv 89503 | Negotiated | $174.59 | $174.59 |
| 10 | 163-1 | Todd & Julia Schlegel c/o Gunderson Law | 3895 Warren Way Reno NV 89509 | Negotiated | $389.34 | $389.34 |
| 11 | 162-1 | Thomas \& Karen Murphy | 345 Green Street Royersford PA 19468 | Negotiated | $349.18 | $349.18 |
| 12 | 119-1 | EJ & ME Young Trust | 9635 Passa Tempo Dr. Reno NV 89511 | Negotiated | $174.59 | $174.59 |
| 13 | 118-1 | Mary Kay Walker | 2345 Watt St. Reno NV 89509 | Negotiated | $527.81 | $527.81 |
| 14 | 67-1 | Behrens Family Trust | 1716 Bowline Dr Mt Pleasant SC 29466- | Negotiated | $872.95 | $872.95 |
| 15 | 35-1 | The Jephson Family Trust | 370 O'Brien Way Sparks, Nv 89431 | Negotiated | $698.35 | $698.35 |
|  |  |  |  | ======== | ======== | ======== |
|  |  |  |  | $17,078.99 | $7,336.61 | $ 24,415.60 |

June 7, 2023

_____
Angelique Lamberti- Clark
Bankruptcy Trustee